## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § § § | Case No. 2:15-cv-01642-JRG-RSP |
| Plaintiff | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC., | § § | |
| Defendant. | § § § | |

## DEFENDANT T-MOBILE USA, INC.'S DEMAND FOR JURY TRIAL

Defendant T-Mobile USA, Inc. demands a trial by jury of all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Dated:  January 6, 2016          Respectfully submitted,

         */s/Alex V. Chachkes*
Alex V. Chachkes (NY Bar No. 3035078)
achachkes@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, New York  10019-6142
Telephone:      +1-650-614-7400
Facsimile:        +1-650-614-7401

Mark S. Parris (*Pro Hac Vice applied*)
mparris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:      +1-650-614-7400
Facsimile:        +1-650-614-7401

Lillian J. Mao (California Bar No. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:      +1-650-614-7400
Facsimile:        +1-650-614-7401

Attorneys for Defendant T-Mobile USA, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice of compliance was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this date January 6, 2016.

*/s/Alex V. Chachkes*
Alex V. Chachkes