IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01877-JRG-RSP |
| vs. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO, INC. | § § | |
| Defendant. | § § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01642-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| T-MOBILE USA, INC. | § § | |
| Defendants. | § § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss T-Mobile USA, Inc. It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 30th day of August, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE